1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**
10
11   ANTHONY WAYNE CLARKE,          )   Case No. CV 10-8128 SVW (JCG)
                                    )
12                    Petitioner,   )
                                    )   **JUDGMENT**
13              v.                  )
                                    )
14   DOMINGO URIBE, JR., Warden,    )
                                    )
15                    Respondent.   )
                                    )
16   _____)
17
18
19       IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20   **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
21   Recommendation.
22
23
24   DATED: March 19, 2014
25
26                                    _____
27                                         HON. STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE
28